PERKINS, ADMX., ET AL., APPELLANTS, v. STATE OF OHIO, DEPARTMENT OF TRANSPORTATION, APPELLEE.

[Cite as Perkins v. Ohio Dept. of Transp. (1991), 57 Ohio St. 3d 612.]

(No. 90-210—Submitted January 9, 1991—Decided February 13, 1991.)

*Heuck & Ganson Co., L.P.A., Joseph W. Alig* and *Kenneth Heuck, Jr.,* for appellant Cynthia Perkins.

*Donald W. Ziglar,* for appellant Marsha Utter.

*Lee I. Fisher,* attorney general, and *William J. McDonald,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

SWEENEY and WRIGHT, JJ., dissent.

WRIGHT, J., dissenting. I would affirm the judgment of the court of appeals.